# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

*In Re:*

                                    Chapter 13
                          Case No. 25-51786-HLB-13

ROBERTA ESPERANZA URQUIDEZ, **Debtor,**
U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE2, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-WFHE2, **Creditor,**

---

### NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

---

      Comes now BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE2, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-WFHE2, party in interest in the captioned proceedings.

      Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE2, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-WFHE2 with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE2, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-WFHE2.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney

on any mailing matrix to be prepared or existing in the above-numbered case, and on any list

of creditors to be prepared or existing in the above-numbered bankruptcy case.

                        BARRETT DAFFIN FRAPPIER
                        TREDER & WEISS, LLP

BY: /s/ EDWARD A. TREDER                11/18/2025
        EDWARD A. TREDER
        CA NO. 116307
        BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
        3990 E. CONCOURS STREET SUITE 350
        ONTARIO, CA 91764
        Phone: (972) 341-0500, Fax: (972) 661-7725
        E-mail: NDCAECF@BDFGROUP.COM
        ATTORNEY FOR CREDITOR

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2025, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

BY: /s/ EDWARD A. TREDER                    11/18/2025
    EDWARD A. TREDER
    CA NO. 116307
    BARRETT DAFFIN FRAPPIER TREDER &
    WEISS, LLP
    3990 E. CONCOURS STREET SUITE 350
    ONTARIO, CA 91764
    Phone: (972) 341-0500, Fax: (972) 661-7725
    E-mail: NDCAECF@BDFGROUP.COM
    ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
ROBERTA ESPERANZA URQUIDEZ
1146 SAN FERNANDO
SOLEDAD, CA 93960

**DEBTOR'S ATTORNEY:**
AARON LIPTON
7960 B SOQUEL DR. #156
APTOS, CA 95003

**TRUSTEE:**
DEVIN DERHAM-BURK
P.O. BOX 50013
SAN JOSE, CA 95150-0013